IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EARLENE MOSES-FARRARE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-540** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 24th day of July 2024, upon considering defendants' motion to dismiss (DI 16), plaintiff's response (DI 17), and defendants' reply (DI 18), as well as oral argument on June 17, 2024, it is **ORDERED** that the motion (DI 16) is dismissed for the reasons in the attached Memorandum.

_____
**MURPHY, J.**